[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
October 31, 2006
THOMAS K. KAHN
CLERK

Nos. 06-11352 & 06-13188
Non-Argument Calendar

_____

D.C. Docket No. 04-21392-CV-DLG

RAFAEL FERNANDEZ,

Plaintiff-Appellant,

versus

SILVERSTONE INVESTMENTS, INC.,
JUAN C. MARTINEZ,
JEAN MARC-ROGLIANO,
ELENA FRAGA,

Defendants-Appellees.

_____

Appeals from the United States District Court
for the Southern District of Florida

_____

**(October 31, 2006)**

Before TJOFLAT, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

The district court denied appellant's motion for judgment as a matter of law notwithstanding the jury's verdict and alternative motion for a new trial on the issue of damages.  The court denied the motion for judgment as a matter of law because the evidence did not point so overwhelmingly in favor of the plaintiff that a reasonable jury could not return a verdict for the defendants.  After reviewing the relevant portions of the trial transcript, we agree with the district court and thus affirm its ruling.

AFFIRMED.